THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOHN JERNATOWSKI, Appellant.

*Crimes — robbery in first degree — judgment of conviction affirmed.*

People v. *Jernatowski*, 202 App. Div. 781, affirmed.

(Argued October 26, 1922; decided November 21, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 5, 1922, which affirmed a judgment of the Erie County Court rendered upon a verdict convicting the defendant of the crime of robbery in the first degree.

*Bernard Swartz* and *Ernest W. McIntyre* for appellant.

*Guy B. Moore, District Attorney* (*W. Bartlett Sumner* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.